In the Matter of JACOB GOLD, an Attorney, Respondent. QUEENS COUNTY BAR ASSOCIATION, Petitioner.

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.